United States District Court
Central District of California

UNITED STATES OF AMERICA vs.                                    CR 98-749-CAS
Defendant **RICHARD WAYNE PARKER**                Social Security # 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
aka: Richard Wayne Phillips, "Rick"
Residence METROPOLITAN DETENTION CENTER      Mailing Address: SAME
          535 N. ALAMEDA ST. L.A. CA 90012   Legal Address: SAME
------------------------------------------------------------------------------
              ***AMENDED** JUDGMENT AND PROBATION/COMMITMENT ORDER*
------------------------------------------------------------------------------

In the presence of the attorney for the government, the defendant appeared in person, on: JANUARY 19, 2000
                 Month / Day / Year

COUNSEL:
    X    WITH COUNSEL RICHARD HAMER, AND MARIE HAMER, RTND.
PLEA:
         GUILTY, and the Court being satisfied that there is a factual basis for the plea.  XX   NOT GUILTY.
FINDING:
    There being a finding of X   **GUILTY,** defendant has been convicted as charged of the offense (s) of: 21 USC 846: Conspiracy to Possess With Intent to Distribute Cocaine (Count 1). Class A Felony;  21 USC 841 (a)(a): Possession With Intent to Distribute Cocaine (Counts 2, 3, 4,), Class A Felonies; 26 USC 7206(1): Subscribing to False Tax Return (Count 7), Class E Felony.

FINE: **$16 Million**

SPECIAL ASSESSMENT: **$500**

It is ordered that the defendant pay to the United States a total fine of ***$14** million, consisting of the following: $4 million on each of Counts 1, 2, **and** 3**; *and $2 million on Count 4**.  The total fine shall bear interest as provided by law.  The fine shall be paid in full immediately.

It is ordered that the defendant pay to the United States a special assessment of $500, which is due immediately.

### JUDGMENT AND PROBATION/COMMITMENT ORDER:

The Court asked whether defendant had anything to say why judgment should not be pronounced.  Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that:
Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Richard Wayne Parker, is hereby committed on Counts 1, 2, 3, 4, and 7 of the Third Superseding Indictment to the custody of the Bureau of Prisons to be imprisoned for a term of **life**.  This term consists of life on each of Counts 1, 2, 3, and 4 of the Third Superseding Indictment, and three years on Count 7 of the Third Superseding Indictment, all to be served concurrently.

If released from imprisonment, the defendant shall be placed on supervised release for a term of five years.  This term consists of five years on each of Counts 1, 2, 3, and 4 and one year on Count 7, all such terms to run concurrently under the following terms and conditions:

1. The defendant shall comply with the rules and regulations of the U. S. Probation Office and General Order 318;

2. The defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to 1 drug test within 15 days of release from imprisonment and at least 2 periodic drug tests thereafter, as directed by the Probation Officer;

PAGE 1 OF 3

3. During the period of community supervision the defendant shall pay the special assessment and the fine in accordance with this judgment's orders pertaining to such payment;

4. The defendant shall notify the Court, through the Probation Office, of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay restitution, fines, or special assessments;

United States District Court
Central District of California

UNITED STATES OF AMERICA vs.                          CR 98-749-CAS
Defendant **RICHARD WAYNE PARKER**                    Social Security # 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
aka: Richard Wayne Phillips, "Rick"
Residence METROPOLITAN DETENTION CENTER     Mailing Address: SAME
         535 N. ALAMEDA ST. L.A. CA 90012   Legal Address: SAME

---

### *AMENDED JUDGMENT AND PROBATION/COMMITMENT ORDER

---

5. As directed by the Probation Officer, the defendant shall provide to the Probation Officer a signed release authorizing credit report inquiries and shall provide an accurate financial statement with supporting documentation as to all assets, income and expenses of the defendant. In addition, the defendant shall provide federal and state income tax returns as requested by the Probation Officer;

6. The defendant shall truthfully and timely file and pay taxes owed for the years of conviction; and shall truthfully and timely file and pay taxes during the period of community supervision. Further, the defendant shall show proof to the Probation Officer of compliance with this order;

7. The defendant shall not apply for any loan or open any line of credit without prior approval of the Probation Officer and shall maintain a single checking account in his name. All income, monetary gains or other pecuniary proceeds shall be deposited into this account, which shall be used for payment of all personal expenses. All other bank accounts shall be disclosed to the Probation Officer;

8. The defendant shall not be employed in any position that requires licensing and/or certification by any local, state or federal agency without prior approval of the Probation Officer.

It is ordered that the defendant shall pay to the United States a total fine of $16 million, consisting of the following: $4 million on each of Counts 1, 2, 3, and 4. The total fine shall bear interest as provided by law. The fine shall be paid in full immediately.

It is ordered that the defendant shall pay to the United States a special assessment of $500, which is due immediately.

The Court recommends that defendant be imprisoned at FCI, Sheridan, or Fort Devins, Massachusetts.

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release set out on the reverse side of this judgment be imposed. The Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

Signed by: U.S. District Judge _____
                               CHRISTINA A. SNYDER

It is ordered that the Clerk deliver a certified copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.
                                                Terry Nafisi, Clerk of Court

Dated/Filed August 10, 2010                    By /S/_____
           Month / Day / Year                      Catherine M. Jeang, Deputy Clerk

PAGE 2 OF 3