O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR 98-749 CAS |
| Plaintiff, | ) | |
| vs. | ) | **ORDER RE DEFENDANT'S MOTION TO ADJUST THE FINE PAYMENT SCHEDULE** |
| RICHARD WAYNE PARKER, | ) | |
| Defendant. | ) | |
| _____ | ) | |

The facts are known to the parties. On June 19, 2012, defendant Richard Wayne Parker filed a Motion to Adjust the Fine Payment Schedule. The government responded on December 4, 2012.

It appears to the Court that it can, as it has done here, delegate the authority to determine the payment schedule of a fine to the Bureau of Prisons. See United States v. Montano-Figueroa, 162 F.3d 548, 550 (9th Cir. 1998). The Court finds no reason to review the decision of the Bureau of Prisons regarding defendant's fine. Accordingly, the Motion to Adjust the Fine Payment Schedule is DENIED.

IT IS SO ORDERED.

Date: December 7, 2012

_____
CHRISTINA A. SNYDER
United States District Judge