UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL            'O'

| Case No. | 2:98-cr-00749-CAS - 1 | Date | April 26, 2021 |
|---|---|---|---|
| Present: The Honorable | CHRISTINA A. SNYDER | | |
| Interpreter | N/A | | |

| Catherine Jeang | Laura Elias | Jason Pang |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| RICHARD WAYNE PARKER (CITATION) | X | | | ADAM OLIN, DFPD  JOHN O'NEIL, DFPD | X  X | X  X | |

**Proceedings:** TELEPHONE HEARING RE: MOTION FOR ORDER MODIFYING THE TERMS OF SUPERVISED RELEASE TO SET PAYMENT SCHEDULE (Dkt. [977], filed March 26, 2021)

Hearing held by telephone and counsel are present. U.S. Probation Officer is also present. The Court confers with counsel and counsel argue.

The Court orders that the conditions of defendant's supervised release shall be modified as follows. The payment schedule for defendant's criminal fine shall be set at $25 per month until March 2022, at which time the Probation Office shall review defendant's financial situation and, if appropriate, make a recommendation that defendant's payment schedule be increased or otherwise modified.

IT IS SO ORDERED.

|  | 00 : 06 |
|---|---|
| Initials of Deputy Clerk | CMJ |

**Cc:**    **U.S. Probation and Pretrial Services**