Richard Wayne Parker
29747 Stonewood Road
Temecula, CA 92591
951-387-9605
rwparker2547@gmail.com
Defendant, Pro Se.



### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES of AMERICA,
      Plaintiff,

V.                                                            Case No: 98-CR-0749(CAS) – 1

RICHARD WAYNE PARKER,
      Defendant.

#### REQUEST FOR CLARIFICATION AND INFORMATION FOR THE COURT

    RICHARD WAYNE PARKER, DEFENDANT, PRO SE;  respectfully requests clarification

from this Honorable Court on the date on which his supervised release ends. Additionally,

PARKER provides information for the Court's use should similar actions occur in the future

before this Court.

    I.   END SUPERVISION DATE:

This Honorable Court graciously granted PARKER "immediate release" on May 21, 2020.  At

that time  government counsel insisted that PARKER remain in BOP custody for a 14 day

quarantine due to COVID19 concerns.  The Court ordered a 14 day quarantine.  This actually

lasted for four days. PARKER was moved to unit PA cell 202 on May 22, 2020. On the fourth

day of quarantine, May 26, 2020  PARKER received a "cellmate" awaiting release to a halfway

house.  This Hispanic gang member was from a separate unit than the Defendant, completely

unknown to him, and he brought along what is called "spice" by inmates.  He then smoked the

1

substance for the remaining length of the quarantine. This was yet another torture test for PARKER to quietly endure. PARKER was told by BOP staff that this "new" quarantine protocol was at the instruction of BOP Lt. RUDD. PARKER was in actual quarantine for three days. PARKER has since learned that similar cases were sent home with instructions to "self quarantine" . The US Attorney was surely aware of this practice.

The question is that since PARKER was incarcerated beyond his "immediate release" date for a false quarantine, his end of supervision should be May 21, 2025.

II.   ADDITIONAL INFORMATION:

In mid-March PARKER informed his Administrative Caseload PO, Lissa Williams, of his intent to move to 29747 Stonewood Road, Temecula CA on February 01, 2024. It was advised that a Central District PO would contact him. PO Randall Gupton of Riverside eventually contacted PARKER and informed him that he was no longer on "admin status". PARKER was told that he was to be treated as a new assignee: thus a urine test, the PO version of an MMPI 80 question subjective exam, complete financial statement and return to electronic monthly check in after the in person interview. Travel outside of Riverside County must be approved except for work in San Diego County. This reversed all of the conditions of the past two years.

In early June 2024 PARKER requested family travel to Las Vegas. No response was received and a follow up email covered concerns over being able to attend baseball/softball games of his grandchildren without official approval. On June 17 PO GUPTON informed PARKER that he was being moved to "low" status. A follow up email was to describe the new conditions. The last week of June an undated email stated that PARKER was now on "low" supervision.

PARKER informs the Court of this simply because he recalls that the Central District PO was present and in fact testified in the hearing in which the Probation Office told this Court that the best remedy for the matter before the Court was to place PARKER on "administrative status" from that day forward. Transcripts should verify that the Central District PO either

2

offered the "admin status" remedy or agreed to this status on the record. PARKER firmly
believes that the Court should know that the BOP and the Probation Office routinely fail to follow
the orders of the federal bench.

The foregoing is true and correct under penalty of perjury.

Respectfully submitted,

RW PARKER 07/10/2024

Richard W. Parker,

Defendant, Pro Se.

### Certificate of Service

I, Richard Wayne Parker, affirm that a true and correct copy of the enclosed "status
report" was provided to the United States Attorney, 312 N. Spring Street, Los Angeles,
90012 by prepaid United States Mail on the date affixed with my signature

RW PARKER
07/10/2024

Richard W. Parker
29747 Stonewood Road
Temecula, CA 92591

cc:

United States Attorneys Office
312 N. Spring St.   12th Flr
Los Angeles, CA 90012

3



U.S. POSTAGE PAID
FCM LG ENV
TEMECULA, CA 92590
JUL 12, 2024

**$6.03**

R2304H109284-11

90012

Retail

RDC 99

CERTIFIED MAIL®

9589 0710 5270 0983 6866 56

RECEIVED
CLERK, U.S DISTRICT COURT
JUL 17 2024
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

Clerk of the Court
US District Court
255 East Temple St
Los Angeles, CA 90012-3332

Parker
29747 Stonewood Rd
Temecula, CA 92591



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE